## SIMPSON *v.* TOWN OF LUMPKIN.

COBB, J. 1. There was no sufficient evidence to sustain the plea of former conviction ; and the assignments of error on the admission of evidence were without merit.

2. There was no proof of the venue, and for this reason it was error to refuse to sanction the petition for certiorari.

*Judgment reversed. · All the Justices concur.*

Submitted October 19, — Decided November 10, 1904,

Certiorari.   Before Judge Littlejohn.   Stewart superior court. August 8, 1904.

*B. F. Harrell* and *G. Y. Harrell*, for plaintiff in error.

*T. J. James* and *F. A. Hooper*, contra.